The Catholic Bishop of Chicago, a Corporation Sole, Plaintiff-Appellee, v. Robert Emmett Lee, Defendant-Appellant.

Gen. No. 49,066.

First District, Third Division.

October 23, 1963.

S. T. Sutton, and Robert Emmett Lee, pro se, of Chicago, for appellant; Driscoll & O'Brien, Clair T. Driscoll and James J. O'Brien, both of Chicago, for appellee. Opinion by PRESIDING JUSTICE SCHWARTZ. **Not to be published in full.**